BROWN, by BROWN his next friend, *against* LEROW.

ON certiorari to a Justice's Court. Brown, the plaintiff in error, assigned infancy for error, on which issue was taken ; and being tried and the jury having found the infancy, the plaintiff's attorney filed the *nisi prius* record, *postea*, &c., and entered a rule of course, in the common rule book, for a reversal of the judgment below ; and now apprehending that this was not correct practice, on an affidavit of the above facts,

*S. Starkweather*, for the plaintiff, moved (*ex parte*) to vacate the common rule, and enter a rule for reversal as upon a special motion.

*Curia.* Take your rule.

Motion granted.

It seems that on issue of fact upon a writ of error, and verdict for the plaintiff, the rule for reversing the judgment is not a common rule.